UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-22526-CIV-SEITZ/O'SULLIVAN

PHIL TRUCKS, JR., *et al.*,

           Plaintiffs,

v.

STRONG PLUMBING, LLC,

           Defendant.
_____/

## ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT

THIS MATTER is before the Court on Plaintiffs' Motion for Final Default Judgment [DE-9]. Plaintiffs' Complaint seeks unpaid contributions to employee benefits plans. Defendant was served with the complaint on September 3, 2009. Defendant did not file a responsive pleading and a Clerk's Default was entered against Defendant on October 20, 2009. Plaintiffs now move for entry of a final default judgment.

Defendant is an employer and agreed to be bound by a Joint Agreement between the Plumbers Local Union No. 519 and the Employers Signatory to the Collective Bargaining Agreement. Pursuant to the Joint Agreement, Defendant became obligated to pay fringe benefit contributions to certain employee benefit funds. Defendant failed to make required contributions to the funds in the total amount of $3,351.80, which covers the payroll periods between September 25, 2008 and November 25, 2008. The total consists of $2,146.00 in delinquent contributions to the various Fringe Benefits Funds, $236.80 in National Pension Contributions, $148.00 for Industry Fund contributions, $14.80 in PAC find contributions, $558.63 in liquidated damages, which are permitted under the Collective Bargaining Agreement, and $247.57 in unpaid working assessments. Furthermore, pursuant to 29 U.S.C. § 1132(g)(2)(D), Plaintiffs are

entitled to their attorneys' fees and costs.  Accordingly, it is

    ORDERED that:

    1.  Plaintiffs' Motion for Final Default Judgment [DE-9] is GRANTED.  The Court shall enter a separate judgment.

    2.  This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 14th day of May, 2010.

                                            PATRICIA A. SEITZ  
                                            UNITED STATES DISTRICT JUDGE

cc:    All counsel of record